UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20541-CIV-ALTONAGA/White

**GUY PHILIPPE**,

    Movant,

v.

**UNITED STATES OF AMERICA**,

    Respondent.

_____/

## FINAL JUDGMENT

Pursuant to the Court's Order [ECF No. 65], entered denying Movant's Motion Under 28 U.S.C. [Section] 2255 to Vacate, Set Aside, or Correct Sentence [ECF No. 1], it is

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Respondent, United States of America, and against Movant, Guy Philippe.

**DONE AND ORDERED** in in Miami, Florida, this 28th day of December, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    Guy Philippe, *pro se*
       counsel of record